NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: SOLAS OLED LTD.,**
*Appellant*

---

2022-1013

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00320.

---

**ON MOTION**

---

**O R D E R**

Samsung Display Co., Ltd. moves unopposed to withdraw from this appeal, and Solas OLED Ltd. moves unopposed to voluntarily dismiss the appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Samsung's motion is granted. The revised official caption and short caption are reflected in this order.

(2) Solas's motion is granted. The appeal is dismissed.

2                                          IN RE SOLAS OLED LTD.

(3)  Each party shall bear its own costs.

FOR THE COURT

March 17, 2022                    /s/ Peter R. Marksteiner
        Date                     Peter R. Marksteiner
                                 Clerk of Court

ISSUED AS A MANDATE: March 17, 2022